ROANNE L. MANN  DATE:   February 15, 2022
UNITED STATES MAGISTRATE JUDGE  START:   2:30 p.m.
  END:   3:30 p.m.

**DOCKET NO:** 19-cv-4270 (PKC)

**CASE** Villalba v. Houslanger & Associates, PLLC et al.

☐ INITIAL CONFERENCE ☐ OTHER/*CHEEKS* HEARING
☐ DISCOVERY CONFERENCE ☐ FINAL/PRETRIAL CONFERENCE
☐ SETTLEMENT CONFERENCE ☐ TELEPHONE CONFERENCE
☒ MOTION HEARING ☐ EVIDENTIARY HEARING

**PLAINTIFF**

| | ATTORNEY |
|---|---|
| | Emma Caterine, Ahmad Keshavarz |

**DEFENDANTS**

| | ATTORNEY |
|---|---|
| Houslanger defendants | Adam Marshall |
| Virgo Capital | Aleksander Powietrzynski |
| | |

☐ FACT DISCOVERY TO BE COMPLETED BY _____
☐ SETTLEMENT CONFERENCE SCHEDULED FOR _____
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
☐ PL. TO SERVE DEF. BY: _____  DEF. TO SERVE PL. BY: _____

**RULINGS:** PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Argument heard and rulings made on the record denying [78] plaintiff's motion to compel. The Court finds that the redactions of emails concerning Mr. Galeas' case are protected work product under FRCP 26(b)(3); that work product protection has not been waived; and that plaintiff has not demonstrated substantial need for the materials prior to exhausting other avenues to obtain similar information.  The redactions concerning other cases are irrelevant to this litigation and not discoverable.  As to plaintiff's requests for collections data regarding other Virgo judgments and the review of case files pertaining to the Virgo judgments, those requests are overbroad and disproportionate to the needs in this case, and the Houslanger defendants' objections are sustained on that basis. Deposition discovery remains stayed during the pendency of defendants' motions to dismiss.