CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FIRST-CLASS MAIL
quadient
05/04/2022
US POSTAGE $000.53
ZIP 11201
041M11470324

NEW YORK NY 100
5 MAY 2022 PM 7 L

USPS

NIXIE   100   FE  1        0005/18/22
        RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
BC: 11201183299    *1745-04293-05-45

Virgo Capital, LLC
243 Route 100
Somers, NY 10589

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAY 23 2022 ★
BROOKLYN OFFICE

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 04/27/2022 at 4:34:21 PM EDT and filed on 04/27/2022

**Case Name:** Villalba v. Houslanger & Associates, PLLC et al
**Case Number:** 1:19-cv-04270-PKC-RLM
**Filer:**
**Document Number:**

**Docket Text:**
ORDER DE #95 Plaintiff's counsel is admonished for failing to file the parties' joint proposed schedule as a letter-motion (i.e., as an ECF motion event), despite the Court's express directive (see 4/21/22 Order). In addition, as the parties have had years to conduct discovery (only depositions were stayed, see 7/20/21 Order), they should not require more than six months to complete discovery. Nevertheless, since defendant Virgo has been given until May 20, 2022 to secure new counsel, the Court reluctantly approves the schedule proposed by plaintiff and the Houslanger defendants: fact and expert discovery must be completed by October 31, 2022. Requests for a premotion conference are due by November 11, 2022. Ordered by Magistrate Judge Roanne L. Mann on 4/27/2022. (LK)

**1:19-cv-04270-PKC-RLM Notice has been electronically mailed to:**
Ahmad Keshavarz    ahmad@newyorkconsumerattorney.com, austinconsumerattorney@gmail.com, emma@newyorkconsumerattorney.com, emmacaterine@gmail.com
Brett A Scher    bscher@kdvlaw.com
Adam Matthew Marshall (Terminated)    amarshall@kdvlaw.com
Emma Caterine    emma@newyorkconsumerattorney.com

**1:19-cv-04270-PKC-RLM Notice will not be electronically mailed to:**
Virgo Capital, LLC

The following document(s) are associated with this transaction:

*This is a re-generated NEF. Created on 4/27/2022 at 4:39 PM EDT*