UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARLOS VILLALBA,
AS ADMINISTRATOR OF
THE ESTATE OF RAMON A. GALEAS,

                Plaintiff,                              19-cv-4270 (PKC)(RLM)

     -    against  –                          **CERTIFICATE OF DEFAULT**

HOUSLANGER & ASSOCIATES,
PLLC, TODD HOUSLANGER, and
VIRGO CAPITAL, LLC,

                Defendants.
-----------------------------------------------------------X

      I, Brenna B. Mahoney, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant VIRGO CAPITAL, LLC has not filed any answer or otherwise moved with respect to the Complaint herein. The default of Defendant VIRGO CAPITAL, LLC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

|  |  |
|---|---|
|  | BRENNA B. MAHONEY, Clerk of the Court |
| Dated: Brooklyn, New York<br>June 2, 2022 | By: ___*Jalitza Poveda*___<br>      Deputy Clerk |