# AHMAD KESHAVARZ
*Attorney at Law*

---

16 Court St., 26th Floor  
Brooklyn, NY 11241-1026

www.NewYorkConsumerAttorney.com  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7809

October 3, 2022

VIA ECF  
Magistrate Judge Roanne L. Mann  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

Judge Pamela K. Chen  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

> Re: Notice of Settlement and Request for Adjournment of All Deadlines *Sine Die* pending Surrogate Court Approval.  
> *Galeas v. Houslanger & Associates, PLLC, et al.,* No. 1:19-cv-4270-PKC-RLM

Dear Judge Mann:

The Plaintiff Carlos Villalba, Administrator of the Estate of Ramon Galeas, and Houslanger Defendants write to provide the Court notice that a settlement has been reached between the parties in the above-captioned matter. However, per the terms of Mr. Villalba's appointment of administrator of the Estate of Ramon Galeas by the Surrogate's Court of the State of New York, Queens County (File No. 2020-4122) "The fiduciary is prohibited and restrained from compromising any cause of action or enforcing any judgment recovered thereon WITHOUT FURTHER ORDER OF THIS COURT. The Decree entered authorizes the collection of a total of $0.00. The collection in excess of that amount must be authorized by a further Order of the Surrogate."

Plaintiff is making such an application to the Surrogate's Court, and once approved will file a stipulation of dismissal in this action. Accordingly, the parties request that the deadlines for this case be adjourned *sine die* pending the approval of the Surrogate's Court of the settlement. In the event that settlement is not approved by the Surrogate's Court, Plaintiff will immediately notify this Court and request further relief.

Respectfully,

/s/

Ahmad Keshavarz

cc: all counsel (via ECF)