# Emma Caterine

| | |
|---|---|
| **From:** | Judah Schwartz <jschwartz@judahschwartzlaw.com> |
| **Sent:** | Friday, December 16, 2022 10:06 AM |
| **To:** | Ahmad Keshavarz; Emma Caterine |
| **Subject:** | Fwd: Estate of Ramon Galeas File No 2020-4122 |

Show this to the federal judge. This is the dysfunction.

Sincerely,

Judah Schwartz, Esq.
Law Office of Judah Schwartz, P.C.
Office: 333 Pearsall Ave, Suite 204, Cedarhurst, New York 11516
Mailing: PO Box 133, Woodmere, New York 11598
Call / Text / Fax:  718-838-3334


CONFIDENTIALITY NOTICE:  This email transmission, and any attachments accompanying it, may contain confidential information from the Law Office of Judah Schwartz, P.C. which information is protected by the attorney-client communication privilege and/or the work product privilege.  The information is meant for the use of the intended recipient only.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of the information contained herein is strictly prohibited.  Any unauthorized interception of this transmission is illegal under law.  If you have received this transmission in error, please promptly notify the sender by reply email, and then destroy all copies of the transmission and also delete all copies from your system.

Unless we have a prior written agreement that I am providing legal services, signed by both parties, I am not your attorney and this email does not contain legal advice, does not create an attorney-client relationship, and is not protected by attorney-client privilege.

---------- Forwarded message ---------
From: **Qnssurr-efile** <Qnssurr-efile@nycourts.gov>
Date: Fri, Dec 16, 2022, 10:03 AM
Subject: Estate of Ramon Galeas File No 2020-4122
To: jschwartz@judahschwartzlaw.com <jschwartz@judahschwartzlaw.com>


Documents in the above matter which were filed through the New York State Courts E-Filing system (NYSCEF) have been received by the Surrogate's Court, Queens County and have now been uploaded into our filing system. All filings will be reviewed by department personnel in the order of the date they have been uploaded.

PLEASE ALLOW THE DEPARTMENT EIGHT (8) WEEKS TO REVIEW YOUR DOCUMENTS.

***GIVEN THE VOLUME OF FILINGS AND TO ENSURE OUR STAFF IS PROCESSING MATTERS IN THE MOST EFFICIENT MANNER POSSIBLE, INQUIRIES CONCERNING THE STATUS OF PENDING MATTERS WILL NOT BE RESPONDED TO DURING THIS TIME PERIOD***

You will be contacted by e-mail if further documents or corrections are necessary. If you have not done so already, please make sure a proposed decree has been submitted to the court.

Forms, templates, checklists and other resources - including information regarding new court procedures due to Covid-19 - can be found at our website at:

http://ww2.nycourts.gov/courts/11jd/surrogates/index.shtml

DO NOT REPLY TO THIS E-MAIL AS THIS ADDRESS IS USED SOLELY

TO ISSUE NOTIFICATIONS

Please be CAREFUL when clicking links or opening attachments.