# AHMAD KESHAVARZ
*Attorney at Law*

16 COURT ST., 26TH FLOOR  WWW.NEWYORKCONSUMERATTORNEY.COM  Telephone: (718) 522-7900
BROOKLYN, NY 11241-1026   E-mail: ahmad@NewYorkConsumerAttorney.com   Fax: (877) 496-7809

March 2, 2023

<u>VIA ECF</u>
Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** **Status Report on Settlement Approval.**
*Galeas v. Houslanger & Associates, PLLC, et al.,* **No. 1:19-cv-4270-PKC-LB**

Dear Judge Bloom:

We apologize for the late filing of this status report.

The Plaintiff Carlos Villalba, Administrator of the Estate of Ramon Galeas, has filed (through his probate counsel Judah Schwartz) a Lift Restrictions Petition which is pending in the Queens County Surrogate's Court. Given the straightforward nature of this process, we do not anticipate any issues with the Petition being granted after being reviewed by the court staff and presented to the judge.

However, the Surrogate's Courts in New York City continue to be caught up in a severe backlog. Unfortunately our previously requested 75 days (until March 1, 2023) for the submission of the status report was not sufficient to obviate the need for further extensions. Mr. Schwartz has informed us that when he was in the Court in person a few weeks ago, they were still reviewing filings from August.

Accordingly, Plaintiff requests a deadline for another status report be set out for 60 days from today's date (until May 1, 2023).

Respectfully,

/s/

Emma Caterine

cc: all counsel (via ECF)