# AHMAD KESHAVARZ
*Attorney at Law*

16 COURT ST., 26TH FLOOR  
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7809

May 1, 2023

VIA ECF  
Magistrate Judge Lois Bloom  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

      **Re:** **Status Report on Settlement Approval.**  
            *Galeas v. Houslanger & Associates, PLLC, et al.,* **No. 1:19-cv-4270-PKC-LB**

Dear Judge Bloom:

    The Plaintiff Carlos Villalba, Administrator of the Estate of Ramon Galeas, has filed (through his probate counsel Judah Schwartz) a Lift Restrictions Petition which is pending in the Queens County Surrogate's Court. Given the straightforward nature of this process, we did not and still do not anticipate any issues with the Petition being granted after being reviewed by the court staff and presented to the judge.

    However, the Surrogate's Courts in New York City continue to be caught up in a severe backlog. We continue to regularly communicate with the probate counsel Judah Schwartz so that, as soon as the Lift Restrictions Petition is granted, we will be able to notify this Court. Unfortunately we still have not received a ruling on our Petition.

    Accordingly, Plaintiff requests a deadline for another status report be set out for 60 days from today's date (until July 3, 2023).

Respectfully,

    /s/

Emma Caterine

cc: all counsel (via ECF)