# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT ST., 26TH FLOOR		WWW.NEWYORKCONSUMERATTORNEY.COM		Telephone: (718) 522-7900
BROOKLYN, NY 11241-1026		E-mail: ahmad@NewYorkConsumerAttorney.com		Fax: (877) 496-7809

October 26, 2023

VIA ECF
Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:**    Status Report on Settlement Approval.
                *Galeas v. Houslanger & Associates, PLLC, et al.,* No. 1:19-cv-4270-PKC-LB

Dear Judge Bloom:

      First, we apologize for the delayed nature of this status report due to calendaring errors in our office.

      The Plaintiff Carlos Villalba, Administrator of the Estate of Ramon Galeas, has filed (through his probate counsel Judah Schwartz) a Lift Restrictions Petition which is pending in the Queens County Surrogate's Court. Given the straightforward nature of this process, we did not and still do not anticipate any issues with the Petition being granted after being reviewed by the court staff and presented to the judge. No issues have been brought to our attention that require any additional filings.

      However, the Surrogate's Courts in New York City continue to be caught up in a severe backlog. We continue to regularly communicate with the probate counsel Judah Schwartz so that, as soon as the Lift Restrictions Petition is granted, we will be able to notify this Court. Unfortunately we still have not received a ruling on our Petition.

      Generally the Surrogate's Court would notify Mr. Schwartz of any problem regarding the Petition. However, given the continued delay, he will be reaching out to the Court later this week to ensure that there is no issue with the Petition.

      Accordingly, Plaintiff requests a deadline for another status report be set out for January 5, 2024.

Respectfully,

      /s/

Emma Caterine

cc: all counsel (via ECF)