# AHMAD KESHAVARZ
*Attorney at Law*

16 COURT ST., 26TH FLOOR  
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7900

January 10, 2024

<u>VIA ECF</u>  
Magistrate Judge Lois Bloom  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

  **Re: Status Report on Settlement Approval.**  
    ***Galeas v. Houslanger & Associates, PLLC, et al.,* No. 1:19-cv-4270-PKC-LB**

Dear Judge Bloom:

 First, we apologize for the delayed nature of this status report. Our office was closed due to the holidays.

 The Plaintiff Carlos Villalba, Administrator of the Estate of Ramon Galeas, has filed (through his probate counsel Judah Schwartz) a Lift Restrictions Petition which is pending in the Queens County Surrogate's Court. Given the straightforward nature of this process, we did not and still do not anticipate any issues with the Petition being granted after being reviewed by the court staff and presented to the judge. No issues have been brought to our attention that require any additional filings.

 However, the Surrogate's Courts in New York City continue to be caught up in a severe backlog. We continue to regularly communicate with the probate counsel Judah Schwartz so that, as soon as the Lift Restrictions Petition is granted, we will be able to notify this Court. Unfortunately we still have not received a ruling on our Petition.

 Generally the Surrogate's Court would notify Mr. Schwartz of any problem regarding the Petition. However, given the continued delay, our office will personally be reaching out to the Court later this week to ensure that there is no issue with the Petition.

 Accordingly, Plaintiff requests a deadline for another status report be set out for March 5, 2024.

Respectfully,

 /s/

Emma Caterine

cc: all counsel (via ECF)

1