# AHMAD KESHAVARZ
*Attorney at Law*

16 COURT ST., 26TH FLOOR   WWW.NEWYORKCONSUMERATTORNEY.COM   Telephone: (718) 522-7900
BROOKLYN, NY 11241-1026   E-mail: ahmad@NewYorkConsumerAttorney.com   Fax: (877) 496-7900

March 5, 2024

<u>VIA ECF</u>
Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:    Status Report on Settlement Approval.**
             *Galeas v. Houslanger & Associates, PLLC, et al.,* **No. 1:19-cv-4270-PKC-LB**

Dear Judge Bloom:

      The Plaintiff Carlos Villalba, Administrator of the Estate of Ramon Galeas, has filed (through his probate counsel Judah Schwartz) a Lift Restrictions Petition which is pending in the Queens County Surrogate's Court. Given the straightforward nature of this process, we did not and still do not anticipate any issues with the Petition being granted after being reviewed by the court staff and presented to the judge. No issues have been brought to our attention that require any additional filings.

      However, the Surrogate's Courts in New York City continue to be caught up in a severe backlog. Our firm is now substituting into the Surrogate's Court action because the probate counsel, Judah Schwartz, is closing his practice. Even more than previously, our office will be able we will be able to notify this Court as soon as the Lift Restrictions Petition is granted. Unfortunately we still have not received a ruling on our Petition.

      Accordingly, Plaintiff requests a deadline for another status report be set out for May 6, 2024.

Respectfully,

    /s/

Emma Caterine

cc: all counsel (via ECF)