# AHMAD KESHAVARZ
*Attorney at Law*

16 COURT ST., 26TH FLOOR   WWW.NEWYORKCONSUMERATTORNEY.COM   Telephone: (718) 522-7900
BROOKLYN, NY 11241-1026   E-mail: ahmad@NewYorkConsumerAttorney.com   Fax: (877) 496-7900

July 26, 2024

<u>VIA ECF</u>
Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

     **Re:    Letter Request for Withdrawal of Appearance of Emma Caterine.**
               *Galeas v. Houslanger & Associates, PLLC, et al.,* **No. 1:19-cv-4270-PKC-LB**

Dear Judge Bloom:

     The undersigned represents Plaintiff Carlos Villalba, Administrator of the Estate of Ramon Galeas.

     Plaintiff moves this Court for an Order allowing Emma Caterine to withdraw as counsel for Plaintiff in the above-referenced action. Emma Caterine will no longer be associated with the law The Law Office of Ahmad Keshavarz as of July 27, 2024. The Law Office of Ahmad Keshavarz will continue to serve as counsel for the Plaintiff in this matter. Ahmad Keshavarz, and subsequent attorneys at The Law Office of Ahmad Keshavarz who may notice appearances, will continue to represent Plaintiff, and accordingly there will be no prejudice to Plaintiff by this withdrawal.

Respectfully,

    /s/

Emma Caterine

cc: all counsel (via ECF)