# AHMAD KESHAVARZ
*Attorney at Law*

16 COURT ST., 26TH FLOOR    WWW.NEWYORKCONSUMERATTORNEY.COM    Telephone: (718) 522-7900
BROOKLYN, NY 11241-1026    E-mail: ahmad@NewYorkConsumerAttorney.com    Fax: (877) 496-7900

March 11, 2025

<u>VIA ECF</u>
Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re:**    **Status Report on Settlement Approval.**
           ***Villalba v. Houslanger & Associates, PLLC, et al.,*** **No. 1:19-cv-4270-PKC-LB**

Dear Judge Bloom:

     The Plaintiff Carlos Villalba, Administrator of the Estate of Ramon Galeas, has filed (through his probate counsel Judah Schwartz) a Lift Restrictions Petition which is pending in the Queens County Surrogate's Court. The case is still pending.

     The Surrogate's Courts in New York City continue to be caught up in a severe backlog. However, given the straightforward nature of this process, we do not anticipate any issues with the Petition being granted after being reviewed by the court staff and presented to the judge.

     Accordingly, Plaintiff requests a deadline for another status report be set out for June 10, 2025.

Respectfully,

     /s/

Ahmad Keshavarz

cc: all counsel (via ECF)